

ATTORNEYS AT LAW

**JOHN ROBERTELLI**
PARTNER
(201) 287-2464
john.robertelli@rivkin.com

WWW.RIVKINRADLER.COM

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

December 15, 2017

**VIA ECF FILING**
Clerk, United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

> Re:   *Exclusive Auto Collision Center v. GEICO Insurance Company, et al.*
>       Docket No.:  BER-L-6901-17
>       Index No.  TBD
>       RR File No. 5100-2554

Dear Sir/Madam:

Please be advised that this office represents Defendants, GEICO Insurance Company, GEICO Casualty Company, GEICO Choice Insurance Company, and GEICO General Insurance Company. Enclosed please find the following documents for electronic filing with the Court:

1.   Notice of Removal to the United States District Court for the District of New Jersey;
2.   Petition in Support of Notice of Removal to United States District Court for the District of New Jersey;
3.   Certification of John Robertelli, Esq.;
4.   Rule 7.1 Corporate Disclosure Statement;
5.   Civil Cover Sheet and Certification of Service.

Thank you for your prompt attention to this matter.

Very truly yours,
RIVKIN RADLER LLP

*/s/ John Robertelli*

JOHN ROBERTELLI

JR/ec
Enclosures
cc:   Clerk, Bergen County Superior Court (via hand delivery)
      James E. Mackevich, Esq. (via e-mail & regular mail)
3866584 v1

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333