JOHN ROBERTELLI, ESQ. (ID NO.: 012601990)
RIVKIN RADLER LLP
21 MAIN STREET, SUITE 158
COURT PLAZA SOUTH – WEST WING
HACKENSACK, NEW JERSEY 07601
201-287-2460
Attorneys for Defendants, GEICO Insurance Company, GEICO Casualty Company,
GEICO Choice Insurance Company and GEICO General Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EXCLUSIVE AUTO COLLISION CENTER<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GEICO INSURANCE COMPANY; GEICO CASUALTY COMPANY; GEICO CHOICE INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY<br><br>　　　　　　　　　　Defendants. | Civil Case No.:　　　(　　)<br><br>**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. §1441** |

PLEASE TAKE NOTICE that Defendants, GEICO Insurance Company, GEICO Casualty Company, GEICO Choice Insurance Company and GEICO General Insurance Company, by and through their undersigned counsel, hereby remove this matter in its entirety to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1441.

                    RIVKIN RADLER LLP
                    Attorneys for Defendants, GEICO Insurance
                    Company, GEICO Casualty Company,
                    GEICO Choice Insurance Company and GEICO
                    General Insurance Company

                    By: _____
                          John Robertelli, Esq. (012601990)

Dated: December 15, 2017